# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3261
LT Case No. 2022-10676-FMDL

_____

MICHAEL J. HEATHER,

    Appellant,

    v.

CHAD SPENCER and AMANDA C.
WATSON,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Christopher Kelly, Judge.

Martin Pedata, of the Law Office of Martin Pedata, DeLand, for
Appellant.

David L. Ferguson, of Woodard & Ferguson, P.A., Ormond Beach,
for Appellee, Amanda C. Watson.

No Appearance for Remaining Appellee.

October 18, 2024


PER CURIAM.

    Appellant appeals the trial court's order denying his petition
to establish paternity that challenged a voluntary
acknowledgment of paternity by Appellees.  Appellant argues that

the trial court erred when it determined he failed to meet his burden to rebut the presumption of paternity even though the trial court expressly found that the voluntary acknowledgement was the product of fraud. *See* § 742.10(1), (4), Fla. Stat. (2023). We agree.

Based upon the undisputed evidence and the trial court's finding of fraud, the basis for denying the petition was in error. We therefore reverse and remand for further proceedings.

REVERSED and REMANDED.

LAMBERT, EISNAUGLE, and SOUD, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2